IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

WEST POINT DAIRY PRODUCTS INC., ) CASE NO: 8:02CV498

Plaintiff, )

vs. )

HARTFORD STEAM BOILER INSPECTION AND INSURANCE CO., )

Defendant. )

ORDER
TO WITHDRAW EXHIBITS
OR TO SHOW CAUSE WHY
EXHIBITS SHOULD NOT BE
DESTROYED

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for defendant  shall either 1) withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Exhibit number(s): 104,106-107,109,112,116,120-124, 201,210-211,213-214,223,225,227-230,233-234,236-238,254,257-258,303-304,307,312,1007,1009,1025-1030

Hearing type(s):  Jury Trial

Date of hearing(s):  7/27-8/5/04

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

May 29, 2007.

s/ Thomas D. Thalken
United States Magistrate Judge